FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 12 AM 8:31

CLERK __BMcCarthy__
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RONALD G. LORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-126 |
| | ) | |
| JOE PEEBLES et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Warren County Commissioners are **DISMISSED** from this case.

SO ORDERED this 12th day of January, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE