FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB 15 PM 12: 56

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RONALD G. LORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-126 |
| | ) |
| JOE PEEBLES et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motions for injunctive relief, Docs. 13, 18, 19, 23, are **DENIED** as **MOOT**.

SO ORDERED this 15th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE