```
                                              FILED
                                         U.S. DISTRICT COURT
                                            AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA    2006 MAR 15  PM 1:19

AUGUSTA DIVISION                         CLERK_____
                                         SO. DIST. OF GA.

| | |
|---|---|
| RONALD G. LORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-126 |
| | ) |
| JOE PEEBLES et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motion to dismiss, Doc. 43, is **DENIED**. Plaintiff's motions for injunctive relief, Docs. 37, 41, 46, 47, are **DENIED**.

SO ORDERED this 15th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE