ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAY 22 PM 3:32
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| RONALD G. LORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-126 |
| | ) |
| JOE PEEBLES and DARYL WILEY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motions to dismiss, Docs. 62, 71, are **DENIED**.

SO ORDERED this 22nd day of May, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE