IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 18 PM 2: 05

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| RONALD G. LORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-126 |
| | ) | |
| JOE PEEBLES and DARYL WILEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Wiley's motion to dismiss "on the merits" (doc. no. 110) is **DENIED as MOOT**, and Defendant Peebles's motion for summary judgment (doc. no. 91) is **GRANTED**.[1] An appropriate final judgment shall be **ENTERED** in Defendants' favor[2], and this civil action is **CLOSED**.

SO ORDERED this 18th day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion to voluntarily dismiss mentioned in the Report and Recommendation at note one was denied in this Court's August 8, 2006 Order. (See doc. no. 112).

[2] The Court granted summary judgment to Defendant Wiley on August 8, 2006, but the Clerk did not enter a judgment at that time.